583 A.2d 790

Steven A. JOHNSON

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA
BOARD OF PROBATION AND PAROLE, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1990.

Decided Jan. 7, 1991.

Timothy P. Wile, Asst. Chief Counsel, Robert A. Greevy,
Chief Counsel, for appellant.

John C. Armstrong, Chief, Parole Div., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,
ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the
consideration or decision of this case.

LARSEN, J., dissents.